UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KENDRICK E. DULDULAO,**

    **Plaintiff,**

v.                                          Case No.  8:12-cv-411-T-30TBM

**EDWIN J. CARR,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss (Dkt. #6), and Plaintiff's Response (Dkt. #14).  Upon considering the motion, response, and being otherwise advised in the premises, the Court concludes that the motion should be denied.

Plaintiff Kendrick E. Duldulao brought a complaint against Defendant Edwin J. Carr under Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 (the "ADA"). Defendant Carr moves to dismiss based on Plaintiff's alleged failure to establish standing. Specifically, Carr contends that Plaintiff has failed to establish "a real and immediate...threat of future injury."

The Court concludes that Plaintiff's Complaint sufficiently alleges standing.  The Complaint alleges that Plaintiff is an individual with a disability, Carr's business is a place of public accommodation, Plaintiff visited the subject facility in the past, resides within a relatively short driving distance to said subject facility, and Plaintiff plans to immediately

return to the subject facility, immediately upon it being made accessible.  Notably, this Court recently denied a defendant's motion to dismiss in an ADA case raising virtually the identical issue.  *See Duldulao v. WFM-WO, Inc.,* Case No. 8:11-cv-2444-T-30EAJ (M.D. Fla. March 6th, 2012).

It is therefore

**ORDERED AND ADJUDGED** that Defendant Edwin J. Carr's Motion to Dismiss (Dkt. #6) is hereby denied.

**DONE** and **ORDERED** in Tampa, Florida on June 15, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2012\12-cv-411.mtd.frm